**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 14-50217 |
| Plaintiff - Appellee, | 14-50220 |
| v. | D.C. Nos. 2:05-cr-00836-ABC |
| | 2:07-cr-00406-ABC |
| MOHAMMAD MAJIDI, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Audrey B. Collins, District Judge, Presiding

Submitted March 10, 2015[**]

Before:     FARRIS, WARDLAW, and PAEZ, Circuit Judges.

In these consolidated appeals, Mohammad Majidi appeals from the district

court's judgments and challenges the 18-month concurrent sentences imposed

upon revocation of supervised release. Pursuant to *Anders v. California*, 386 U.S.

738 (1967), Majidi's counsel has filed a brief stating that there are no grounds for

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

relief, along with a motion to withdraw as counsel of record. Majidi has filed pro se supplemental briefs, and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

Majidi's motion for appointment of substitute counsel is **DENIED.**

**AFFIRMED.**